IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARK EDWIN JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-13-302-C |
| | ) | |
| JEREMY CANNON; | ) | |
| JENNIFER COLLISON; and | ) | |
| WOODWARD COUNTY JAIL, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Charles B. Goodwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Goodwin entered a Report and Recommendation on March 5, 2014, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in the Magistrate Judge's Report and Recommendation and there is no purpose to be served in repeating them yet again. In his objection, Plaintiff merely restates the conclusions and legal argument originally asserted, and raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, Defendants' dispositive motions (Dkt. Nos. 21, 23, 31) are granted and Plaintiff's Motion for Summary Judgment (Dkt. No.

29) is denied. Because of the legal insufficiency of Plaintiff's arguments, any amendment with respect to the Woodward County Jail would be futile and his request therefor is denied. A judgment will enter accordingly.

    IT IS SO ORDERED this 26th day of March, 2014.

_____
ROBIN J. CAUTHRON
United States District Judge